1 | Stephen M. Kappos (141371)
ROBINSON-KAPPOS
2 | 3550 ROUND BARN BLVD. SUITE 311
SANTA ROSA, CA 95403
3 | (707) 522-0114
(707) 522-0107 Facsimile
4 |
Attorneys for Plaintiff, Creditors Trade Association, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CREDITORS TRADE ASSOCIATION, INC.,

Case No. C 05-02860 JSW

Plaintiff,

**CASE MANAGEMENT STATEMENT,
REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

vs.

Date:     October 14, 2005
Time:    1:30 PM
Dept:    2

FS SUNTOURS

Defendants.
_____/

Plaintiff has served this complaint and the defendants have failed to answer. Plaintiff believed it would resolve this matter with a stipulation but has not succeeded in doing so. Plaintiff is in the process of preparing its request for the defendants' default and a request for a default judgment. Plaintiff expects to have those requests on file with the court no later than October 21, 2005.

Plaintiff requests that the court continue the Case Management Conference set for October 14, 2005 at 1:30 pm for not less than 30 days.

Dated: October 11, 2005                     Robinson-Kappos

The CMC is CONTINUED to December 2,
2005 at 1:30 p.m.  IT IS SO ORDERED.        By: _____/s/_____
                                            Stephen M. Kappos (141371)
                                            Attorney for Plaintiff
                                            Creditors Trade Association, Inc.

Dated: October 14, 2005

[Signature: Jeffrey S. White, Judge Jeffrey S. White, seal of United States District Court, Northern District of California]

Request for Continuance                     Creditors Trade Association, Inc., v FS Suntours
                                            Case No. C05 02860 JSW