Stephen M. Kappos (141371)
ROBINSON-KAPPOS
3550 ROUND BARN BLVD. SUITE 311
SANTA ROSA, CA 95403
(707) 522-0114
(707) 522-0107 Facsimile

Attorneys for Plaintiff, Creditors Trade Association, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS TRADE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FS SUNTOURS <br> Defendants. | Case No. C 05-02860 JSW <br><br> [Proposed] Order Continuing Case Management Conference <br><br> Date:  December 2, 2005 <br> Time:  1:30 PM <br> Dept:  2 |

At the request of plaintiff, Creditors Trade Association, Inc., and for good cause appearing:

IT IS ORDERED that the Case Management Conference set for December 2, 2005 at 1:30 pm is continued until  January 20 , 2006 at 1:30 pm in Courtroom 2 on the 17th Floor of the United States Courthouse, 450 Golden Gate, San Francisco, CA.

Dated: December 1, 2005

_____
Jeffrey S. White
United States District Court Judge