1   Stephen M. Kappos (141371)
    ROBINSON-KAPPOS
2   3550 ROUND BARN BLVD. SUITE 311
    SANTA ROSA, CA 95403
3   (707) 522-0114
    (707) 522-0107 Facsimile
4
    Attorneys for Plaintiff, Creditors Trade Association, Inc.
5

6

7
                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA

9
                                            Case No. C 05-02860 JSW
10  CREDITORS TRADE ASSOCIATION, INC.,

11                                          **CASE MANAGEMENT STATEMENT,**
                        Plaintiff,          **REQUEST FOR CONTINUANCE OF**
12                                          **CASE MANAGEMENT CONFERENCE**

13      vs.                                 Date:       January 20, 2006
                                            Time:       1:30 PM
14  FS SUNTOURS                             Dept:       2

15                      Defendants.
                  _____  _____/
16

17      Plaintiff served this complaint and the defendants have failed to answer. Plaintiff has filed its

18  request for the defendants' default and for the entry of a default judgment. Plaintiff believes it has

19  submitted all pleadings necessary for the entry of defaults and a default judgment.

20      Plaintiff requests that the court continue the Case Management Conference set for January 20,

21  2006 at 1:30 pm for not less than 30 days.

22  Dated:  January 11, 2006                Robinson-Kappos

23

24                                          By: _____/s/_____
                                                Stephen M. Kappos (141371)
25                                              Attorney for Plaintiff
                                                Creditors Trade Association, Inc.
26

27

28  Dated: January 19, 2006

    Request for Continuance                 *Creditors Trade Association, Inc.. v FS Suntours*
                                             Case No. C05 02860 JSW

APPROVED
Judge Jeffrey S. White